*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Scottsdale Indemnity Company
v.
Convercent, Inc.; O'Neal Patrick Quinlan, III; Steve Foster

DOCKET NO. 1:17-cv-01236-RBJ
MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on 11/14/17 against Convercent, Inc., Patrick Quinlan & Steve Foster the clerk is requested to tax the following as costs:

*FILED - UNITED STATES DISTRICT COURT, DENVER, COLORADO - Dec. 6, 2017 - JEFFREY P. COLWELL, CLERK*

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ 400.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL $ 400.00

## DECLARATION

Awarded per the parties' Stipulation, Docket No. 25.

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ Benjamin C. Eggert
Print Name: Benjamin C. Eggert
Phone Number: 202 719-7000
For: Scottsdale Indemnity Company
Date: 11/27/17
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time: **VACATED** ~~December 19, 2017 at 9:30am by telephonic conference~~

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ 400.00

CLERK OF COURT
JEFFREY P. COLWELL

(BY) DEPUTY CLERK
s/ Edward P. Butler
DATE: Dec. 6, 2017